**Order entered November 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00704-CR**

**JEROME JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

**ORDER**

For reasons stated in the Court's memorandum opinion of this date, appellant's October 3, 2022 motion for judicial notice is **DENIED**.

/s/     AMANDA L. REICHEK
        JUSTICE